IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETER BARILE AND JON WOLLES,

      Plaintiffs,

vs.                                                 CIV 20-0195 KG/JFR

JAGUAR LAND ROVER
NORTH AMERICA, LLC,

      Defendant.

## ORDER

This matter comes before the Court on the Joint Motion for Dismissal filed by the parties.

The Court finds that the Joint Motion is well taken and will be granted.

IT IS THEREFORE ORDERED that this action is dismissed in its entirety with prejudice.

Each party shall bear its own costs and fees.

_____
UNITED STATES DISTRICT JUDGE